# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MAINE

**Nathan Reardon**
*(An Individual and State of Maine Resident)*
*Plaintiff*

v.

**Lowe's Home Centers, LLC**
*(A North Carolina Corporation)*
*Defendant*

**CASE NO:**

# COMPLAINT AND DEMAND FOR JURY TRIAL

**COMES NOW** the Plaintiff, Nathan Reardon, acting pro se, who files this Complaint against the Defendant, Lowe's Home Centers, LLC ("Lowe's"), and states as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction under **28 U.S.C. § 1332** because the amount in controversy exceeds $75,000, exclusive of interest and costs, and the parties are citizens of different states.
2. Venue is proper in this District under **28 U.S.C. §§ 1391(b), (c), and (d)** because a substantial portion of the events giving rise to this claim occurred here, and the Defendant conducts business in this District.

## THE PLAINTIFF

3. Nathan Reardon is a resident of the State of Maine. He is a father of five young children and works as a mechanic, a job that requires full mobility and dexterity in his hands.

Additionally, he performs carpentry and maintenance work, both of which have been significantly impaired by the injury to his thumb. The pain and limited mobility from this injury have also severely restricted his ability to engage in activities with his children.

## THE DEFENDANT

4. Lowe's Home Centers, LLC is a North Carolina corporation specializing in home improvement retail, operating a store at 15 Arista Dr., Brewer, ME 04412, where the incident occurred.

## FACTUAL ALLEGATIONS

5. On **December 29, 2019**, the Plaintiff visited the Lowe's store at 15 Arista Dr., Brewer, ME 04412, to purchase wooden fence posts for a project.
6. While in the checkout line, a Lowe's cashier mishandled a 4x4 wooden fence post, causing it to fall toward the Plaintiff's head.
7. To protect himself from serious injury, the Plaintiff reached up to catch the falling post, which struck and damaged his thumb.
8. **Security video from Lowe's shows the incident clearly did happen. The footage demonstrates that liability is clear and not an issue, as it visibly captures the cashier's mishandling of the wooden post and the resulting injury to the Plaintiff. For some reason, the audio is not on the video, so it is not clear what was said at the time, but the video shows the Plaintiff was clearly injured.**
9. As a result of the cashier's negligence, the Plaintiff suffered a tendon injury in his thumb, requiring surgical replacement.
10. The Plaintiff has experienced permanent damage to his thumb, including ongoing pain and reduced mobility, preventing him from using his hand as he did before the incident.

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION: NEGLIGENCE

11. Under Maine law, a negligence claim requires a duty owed, a breach of that duty, and an injury proximately caused by the breach (*Belyea v. Shiretown Motor Inn, LP*, 2010 ME 75, ¶ 6, 2 A.3d 276, 278).
12. As a customer, the Plaintiff was owed a duty of care by Lowe's to protect him from harm caused by its employees or products. The cashier, an agent of Lowe's, breached this duty by failing to handle the wooden post with reasonable care.
13. It was foreseeable that mishandling a heavy object like a 4x4 wooden post could injure a customer, as it did here.
14. This breach directly caused the Plaintiff's thumb injury, resulting in permanent damage, pain, and limited mobility.
15. As a mechanic, the Plaintiff depends on full hand function to perform his job. The injury has hindered his ability to work on vehicles, complete carpentry and maintenance tasks,

and participate in activities with his five young children, all of which have been severely impacted by the pain and reduced mobility.

## CLAIM FOR DAMAGES

**WHEREFORE**, the Plaintiff, Nathan Reardon, seeks damages from Lowe's in the amount of **$1,000,000.00** to compensate for his injuries sustained at the Defendant's store. The Plaintiff also requests costs of this suit and any additional relief the Court deems just and proper.

**DEMAND FOR JURY TRIAL**
Plaintiff demands a trial by jury on all issues so triable.

**Respectfully Submitted,**

Nathan Reardon
Plaintiff, Pro se

**Dated:** March 16, 2025

## CERTIFICATE OF SERVICE

I, Nathan Reardon, certify that on March 16, 2025, a copy of this Complaint was served via email to:

**Brian Suslak, Esq.**
Attorney for Lowe's Home Centers, LLC
**BSuslak@morrisonmahoney.com**

Nathan Reardon
Plaintiff, Pro se
P.O. Box 52
Detroit, ME 04929
207-745-7575