UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

NATHAN REARDON,

    Plaintiff,

v.

LOWE'S HOME CENTERS, LLC,

    Defendant.

DOCKET NO:
1:25-CV-00099-LEW

**DEFENDANT LOWE'S HOME CENTERS, LLC'S**
**<u>NOTICE OF INTENT TO FILE MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Local Rule 56(h), Defendant Lowe's Home Centers, LLC, through its attorneys, Morrison Mahoney LLP, gives notice of its intent to file a motion for summary judgment on all claims, and thus requests a pre-filing conference with the Court.

Respectfully submitted,

Date: October 9, 2025

*/s/ Brian A. Suslak*
Brian A. Suslak
Maine Bar No. 006316
bsuslak@morrisonmahoney.com
MORRISON MAHONEY LLP
Center of New Hampshire Office Tower
650 Elm Street, Suite 201
Manchester, NH 03101
Phone:   603-622-3400
Fax:      603-622-3466
*LOWE'S HOME CENTERS, LLC*

104609364.v1