UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| NATHAN REARDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:25-cv-00099-JAW |
| | ) | |
| LOWE'S HOME CENTERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER TO SHOW CAUSE**

On October 16, 2026, the Court ordered Nathan Reardon to inform the Court by October 23, 2026, whether Dr. David Branch, his treating physician, would appear in person and, if so, when, and if not, how he intends to present Dr. Branch's testimony – whether by videoconference or by deposition. *Order* (ECF No. 107). Mr. Reardon failed to comply with the Court's October 16, 2026 order. Accordingly, the Court ORDERS Nathan Reardon to SHOW CAUSE as to why Dr. Branch should not be excluded as a witness based on Mr. Reardon's failure to comply with an important deadline in the runup to trial. Mr. Reardon's response to this Order to Show Cause is due no later than Friday, October 30, 2026, and any response by Lowe's Home Centers, LLC is due no later than Monday, November 2, 2026. There will be no reply.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 26th day of October, 2026