UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

NATHAN REARDON,

Plaintiff,

v.

LOWE'S HOME CENTERS, LLC,

Defendant.

DOCKET NO:1:25-cv-00099-JAW

**DEFENDANT LOWE'S HOME CENTERS, LLC'S**
**FINAL TRIAL WITNESS LIST**

Pursuant to the Court's Report of Final Pretrial Conference and Order, Defendant Lowe's Home Centers, LLC, submits the following Final Exhibit List in advance of the trial scheduled for November 18-20, 2026:

1. Lucas Saunders, c/o Morrison Mahoney LLP.[1] Mr. Saunders is the District Asset Protection Manager – Maine/Northern New Hampshire, for Lowe's. Mr. Saunders signed the discovery responses served upon Lowe's in this lawsuit. Mr. Saunders will offer fact testimony regarding the alleged incident based upon his review of the surveillance footage of the incident, the training provided to former Lowe's employee Kathleen Pearson, and whether Ms. Pearson's acts or omissions on the date of the alleged incident violated any of Lowe's employee guidelines, policies, or procedures.

2. Bruce M. Leslie, M.D., Newton-Wellesley Hospital, 2000 Washington St., Newton, Massachusetts, 02426. Dr. Leslie is a retained expert witness and will testify regarding the lack of

[1] It its Pre-Trial Memorandum, Lowe's identified Kathleen Pearson, Michael DeLuca, and Travis McAlpine as potential witnesses, but reserved the right to supplement its witness list depending on the employment status of the witnesses. Undersigned counsel for Lowe's has since learned that Ms. Pearson has retired and that Mr. McAlpine no longer works for Lowe's. Lowe's further notes that Mr. Saunders signed the written discovery on behalf of Lowe's in this lawsuit and accordingly is competent to testify as to the issues in this lawsuit.

causation between the alleged incident and the Plaintiff's claimed injuries and resulting thumb surgery.

3. Nathan Reardon, Plaintiff. Lowe's anticipates calling Plaintiff as a witness for impeachment purposes pursuant to Fed. R. Evid. 609. Lowe's also reserves the right to solicit from Plaintiff other testimony concerning the alleged incident and Plaintiff's claimed injuries and damages.

4. Lowe's reserves the right to call at trial all witnesses identified by Plaintiff in his Final Witness List.

Respectfully submitted,

/s/ Brian A. Suslak

Brian A. Suslak
Maine Bar No. 006316
bsuslak@morrisonmahoney.com
MORRISON MAHONEY LLP
Center of New Hampshire Office Tower
650 Elm Street, Suite 201
Manchester, NH 03101
Phone: 603-622-3400
Fax: 603-622-3466
*LOWE'S HOME CENTERS, LLC*

Date: October 30, 2026