UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

NATHAN REARDON,

Plaintiff,

v.

LOWE'S HOME CENTERS, LLC,

Defendant.

DOCKET NO:1:25-cv-00099-JAW

**DEFENDANT LOWE'S HOME CENTERS, LLC'S**
**FINAL TRIAL EXHIBIT LIST**

Pursuant to the Court's Report of Final Pretrial Conference and Order, Defendant Lowe's Home Centers, LLC, submits the following Final Exhibit List in advance of the trial scheduled for November 18-20, 2026:

**DEFENDANT'S EXHIBITS**

| | | |
|---|---|---|
| **A** | Surveillance Video of Incident. | ID |
| **B** | September 1, 2023 Report of Bruce Leslie, M.D. | ID |
| **C** | Certified Copy of Judgment in *U.S. v. Reardon*, 1:21-cr-00061 | ID |
| **D** | Certified Copy of Agreement to Plead Guilty in *U.S. v. Reardon*, 1:21-cr-00061 | ID |
| **E** | St. Joseph's Healthcare Medical Records | ID |
| **F** | Eastern Maine Medical Center Records | ID |
| **G** | Bangor Hand & Plastic Surgery Records | ID |
| **H** | CDI Bangor MRI Report | ID |
| **I** | Exemplar Fence Post | ID |

Respectfully submitted,

/s/ Brian A. Suslak

Brian A. Suslak
Maine Bar No. 006316
bsuslak@morrisonmahoney.com
MORRISON MAHONEY LLP
Center of New Hampshire Office Tower
650 Elm Street, Suite 201
Manchester, NH 03101
Phone: 603-622-3400
Fax: 603-622-3466
*LOWE'S HOME CENTERS, LLC*

Date: November 10, 2026