U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED AND FILED

NOV 19 2026

JENNIFER P. LYONS, CLERK
BY________________
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| NATHAN REARDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:25-cv-00099-JAW |
| | ) | |
| LOWE'S HOME CENTERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

# SPECIAL VERDICT FORM

1. Has Nathan Reardon proven that it is more likely than not that Lowe's Home Centers, LLC was negligent?

Yes ✓____ No _____

*If your answer to Question 1 is no, answer no more questions, date and sign the form and inform the court officer that you have reached a verdict.*

*If your answer to Question 1 is yes, proceed to Question 2.*

2. Was the negligence of the Defendant Lowe's Home Centers, LLC a legal cause of the injuries and damages claimed by the Plaintiff, Nathan Reardon?

Yes _____ No ✓____

*If your answer to Question 2 is no, answer no more questions, date and sign the form and inform the court officer that you have reached a verdict.*

*If your answer to Question 2 is yes, proceed to Question 3.*

3. Has Lowe's Home Centers, LLC proven that it is more likely than not that Nathan Reardon was negligent?

Yes _____ No _____

*If your answer to Question 3 is no, answer only Question 6. If your answer to Question 3 is yes, proceed to Question 4.*

4. Was the Plaintiff, Nathan Reardon's negligence a legal cause of his claimed injuries and damages?

Yes _____ No _____

*If your answer to Question 4 is no, answer only Question 6. If your answer to Question 4 is yes, proceed to Question 5.*

5. Was the negligence of Nathan Reardon equal to or greater than the negligence of Lowe's Home Centers, LLC?

Yes _____ No _____

*If your answer to Question 5 is yes, answer no more questions, date and sign the form and inform the court officer that you have reached a verdict.*

*If your answer to Question 5 is no, answer Question 6.*

6. Itemize the amount of damages Nathan Reardon has proven was caused by Lowe's Home Centers, LLC's negligence?

a. Past and future medical expenses: $_______________

b. Past and future pain and suffering: $_______________

c. Permanent impairment: $_______________

Total damages without comparative fault: $_______________

*If you have answered Question 1 and Question 2 yes and Question 3, Question 4, or Question 5 no, this amount is your verdict.*

*If you have answered Question 1 and Question 2 yes and Question 3, Question 4, and Question 5 yes, proceed to Questions 7 and 8.*

7. By what amount in dollars and cents and not by percentage do you deem it just and equitable to reduce Nathan Reardon's damages, having regard to his share in the responsibility for the damages?

$_________________

Total Reduction Due to Nathan Reardon's Comparative Negligence

*Go to Question 8.*

8. Subtract the figure in Question 7 from the figure in Question 6.

$____________________

This is your verdict.

*Please sign and date the form and inform the court officer that you have reached a verdict.*

Dated: Nov 19, 2026

Signature Redacted – Original on file with the Clerk's Office