# UNITED STATES DISTRICT COURT

District of Maine

## Witness List

| | |
|---|---|
| Case Name: REARDON v. LOWE'S HOME CENTERS, LLC<br>Case No.: 1:25-cv-00099-JAW | Proceeding Type:<br>Jury Trial |

| | | |
|---|---|---|
| Presiding Judge: John A. Woodcock, Jr.<br>Courtroom Deputy: Meghan York<br>Court Reporter: Leslie Miller | Plaintiff's Attorney:<br>Nathan Reardon, Pro Se | Defendant's Attorney:<br>Brian A. Suslak, Esq. |

| Pla | Dft | Date | **WITNESS** |
|---|---|---|---|
| 1 | | 11/18/2026 | Suman Korrapati |
| 2 | | 11/18/2026 | Arthur Reardon |
| 3 | | 11/18/2026 | Nathan Michael Reardon |
| 4 | | 11/18/226 | Lucas Saunders |
| 5 | | 11/19/2026 | Bruce M. Leslie, M.D. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |