UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: REARDON v. LOWE'S HOME CENTERS, LLC

DOCKET NO: 1:25-cv-00099-JAW

PROCEEDING TYPE: Jury Trial

# Exhibit List

| Pla Exh No. | Dft Exh No. | Court Exh No. | Joint Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| | | | 1 | Surveillance Video of Incident | 11/18/26 | 11/18/26 | | 11/18/26 |
| | | | 2 | NLEMMC Medical Record | 11/19/26 | 11/19/26 | | 11/19/26 |
| | | | 2A | NLEMMC Medical Record – Part 2 | 11/19/26 | 11/19/26 | | 11/19/26 |
| | | | 3 | St. Joseph's Hospital Medical Record | 11/19/26 | 11/19/26 | | 11/19/26 |
| | | | 4 | Bangor Plastic & Hand Surgery Medical Record (Also referred to as Defendant's Exhibit G) | 11/18/26 | 11/18/26 | | 11/18/26 |
| 1 | | | | Photo – white cast | 11/18/26 | 11/19/26 | | 11/19/26 |
| 2 | | | | Photo – white cast | 11/18/26 | 11/19/26 | | 11/19/26 |
| 3 | | | | Photo – white cast | 11/18/26 | 11/19/26 | | 11/19/26 |
| 4 | | | | Photo – black cast | 11/18/26 | 11/19/26 | | 11/19/26 |
| 5 | | | | Photo – Partially Healed Scar | 11/18/26 | 11/18/26 | | 11/18/26 |
| 6 | | | | Photo – Swelling | 11/18/26 | 11/18/26 | | 11/18/26 |
| 7 | | | | Photo – Scar on wrist | 11/18/26 | 11/18/26 | X | 11/18/26 |
| 8 | | | | Photo – Healed scar on wrist | 11/18/26 | 11/18/26 | | 11/18/26 |
| 9 | | | | Photo – Scar (Bruises/Stitches) | 11/18/26 | 11/18/26 | X | 11/18/26 |
| 10 | | | | Photo – Scan of Thumb | 11/18/26 | 11/18/26 | | 11/18/26 |
| 11 | | | | Photo – X-ray | 11/18/26 | 11/18/26 | | 11/18/26 |
| 12 | | | | Certificate – School Bus Technician | 11/18/26 | 11/18/26 | X | 11/18/26 |

| Pla Exh No. | Dft Exh No. | Court Exh No. | Joint Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 13 | | | | Certificate – Parts Specialist | 11/18/26 | 11/18/26 | X | 11/18/26 |
| 14 | | | | Certificate – Collision Repair Technician | 11/18/26 | 11/18/26 | X | 11/18/26 |
| 15 | | | | Certificate – Service Consultant | 11/18/26 | 11/18/26 | X | 11/18/26 |
| 16 | | | | Certificate – Master Medium/Heavy Truck Technician | 11/18/26 | 11/18/26 | X | 11/18/26 |
| 17 | | | | Picture – Award Jacket | 11/18/26 | 11/18/26 | X | 11/18/26 |
| 18 | | | | Letter from ASE | 11/18/26 | 11/18/26 | X | 11/18/26 |
| 19 | | | | EMMC Bills | 11/19/26 | 11/19/26 | | 11/19/26 |
| 20 | | | | Downeast Surgery Center Bills | 11/19/26 | 11/19/26 | | 11/19/26 |
| 21 | | | | AMA Anesthesia Group Bills | 11/19/26 | 11/19/26 | | 11/19/26 |
| 22 | | | | Bangor Plastic and Hand Surgery Bills | 11/19/26 | 11/19/26 | | 11/19/26 |
| | | | | | | | | |