UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| NATHAN REARDON,<br>Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:25-cv-00099-JAW |
| | ) | |
| LOWE'S HOME CENTERS, LLC,<br>Defendant. | ) | |

JUDGMENT

This action came on for trial before a jury and the Court, the Honorable John A. Woodcock, Jr., presiding. The issues having been duly tried and the jury having rendered its verdict on November 19, 2026,

JUDGMENT is hereby entered for Defendant, Lowe's Home Centers, LLC and against Plaintiff, Nathan Reardon.

JENNIFER P. LYONS,
CLERK

Dated: November 24, 2026

By: /s/ Meghan York
Deputy Clerk